Form clmntce

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Ronald Lee Dobbins and Cindy Lou Dobbins        *Case No.:* 15–80027
*Debtor*

　　　　　　　　　　　　　　　　　　　　　　　　　　*Chapter:* 7

---

### *NOTICE OF ENTRY OF TEXT ORDER*

YOU ARE HEREBY NOTIFIED that a text order has been entered on the docket this date allowing the objection to your claim. As a result of the objection having been allowed, you may wish to review the claim objection to determine the status of your claim.

Dated: 7/18/16

　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.